IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-20224-B |
| ) | |
| SHONTADONTA BROOKS, ) | |
| ) | |
| Defendant. ) | |

ORDER DIRECTING MARSHAL TO RETURN DEFENDANT TO STATE
CUSTODY PURSUANT TO HIS WAIVER UNDER THE INTERSTATE
AGREEMENT ON DETAINERS ACT

The defendant, Shontadonta Brooks, has executed a written waiver of his rights under the Interstate Agreement on Detainers Act. A copy of that waiver is attached to this order. Based on that waiver, the United States Marshal is DIRECTED to return Mr. Brooks to state custody at Shelby County Correctional Center, Memphis, Tennessee, for the service of his state sentence.

It is so ORDERED this 5th day of July, 2006.

s/ James H. Allen
James H. Allen
United States Magistrate Judge